

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JAN 0 9 1995

Michael N. Milby, Clerk

| | |
|---|---|
| STEVE McGOWAN and LINDA McGOWAN § § § Plaintiffs § § VS. § § ACROMED CORPORATION, A Foreign § Corporation Jointly and § Severally With DR. ROBERT G. § JOHNSON, SOUTH TEXAS ORTHOPAEDIC § & SPINAL SURGERY ASSOCIATES, § P.A. & ST. LUKE'S LUTHERAN § HOSPITAL aka/fka ST. LUKE'S § BAPTIST HOSPITAL, § Defendants § | CIVIL ACTION NO. 95-04 |

## NOTICE OF REMOVAL

Defendant Acromed Corporation ("Acromed") gives notice of the removal of this action from the District Court of Cameron County, Texas, 107th Judicial District, and states:

1. Acromed is a Defendant in a civil action filed in, and presently pending before, the District Court of Cameron County, Texas, 107th Judicial District, styled as "Steve McGowan and Linda McGowan, Plaintiffs, vs. Acromed Corporation, A Foreign Corporation Jointly and Severally with Dr. Robert G. Johnson, South Texas Orthopaedic & Spinal Surgery Associates, P.A., & St. Luke's Lutheran Hospital aka/fka St. Luke's Baptist Hospital, Defendants," as Cause No. 94-12-6877-A (the "State Court Action").

2. The Original Petition in the State Court Action was filed with the clerk of the District Court of Cameron County on December 6, 1994 and was received by Acromed on December 12, 1994.

3. Acromed's Notice of Removal was filed with this Court within thirty (30) days after it received a copy of the Original Petition setting forth the claims for relief upon which Plaintiff's claims are based.

4. Copies of all process and pleadings filed in the State Court Action to date are attached hereto as Exhibit A.

5. This action arises out of Plaintiffs' allegations that Acromed Corporation's "Steffe screws should not have been used and were not approved for use in the manner used on Plaintiff."

6. This Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1331, and is one which may be removed to this Court by Defendant pursuant to the provisions of 28 U.S.C. § 1441(b), in that the Original petition presents a case arising under the Constitution, laws or treaties of the United States. See Richardson v. Advances Cardiovascular Systems, Inc., No. 94-1926, 865 F.Supp. 1210 (E.D. 1994).

7. All of the Defendants named in this action consent to removal as shown by the consents to Removal of Dr. Robert G. Johnson, South Texas Orthopaedic & Spinal Surgery Associates, P.A. & St. Luke's Lutheran Hospital aka/fka St. Luke's Baptist Hospital, attached hereto as Exhibit B.

8. A List of Counsel of Record in this action is attached hereto as Exhibit "C."

9. This action is properly removable pursuant to 28 U.S.C. § 1441.

10. Written notice of the filing of this Notice of Removal is being served on Plaintiff's counsel this date.

11. Acromed will promptly file a copy of this Notice of Removal with the Clerk of the District Court for Cameron County, Texas, as required by 28 U.S.C. § 1446(d).

Dated: January 6, 1995.

Respectfully submitted,

JENKENS & GILCHRIST, P.C.
9311 San Pedro, Suite 1200
San Antonio, Texas 78216
Telephone: (210) 308-3100
Telecopier: (210) 308-3131

By: *[signature]*
R. Jo Reser
State Bar No. 16789500
SD Admission No. 10309
ATTORNEY-IN-CHARGE
Robert L. Soza
State Bar No. 18869300
SD Admission No. 16583

ATTORNEYS FOR DEFENDANT,
ACROMED CORPORATION

OF COUNSEL:

Richard I. Werder, Jr.
Elizabeth A. Shaver
Jones, Day, Reavis & Pogue
North Point
901 Lakeside Avenue
Cleveland, OH 44114
(216) 586-3939

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been forwarded to the following counsel of record via U. S. First Class Mail on this the 6th day of January, 1995.

Peter M. Zavaletta, P.C.
The Regency Office Plaza
2600 Old Alice Road, Suite C
Brownsville, Texas  78521

Mr. Charles Sweetman
SWEETMAN & WISE
855 East Harrison
Brownsville, Texas  75820

Ms. Rosemary R. Williams
Ball & Weed
745 E. Mulberry, Suite 500
San Antonio, TX  78212

                                             */s/ Robert L. Soza*
                                             R. JO RESER
                                             ROBERT L. SOZA