```
                                              United States District Court
                                              Southern District of Texas
                                                      FILED

        IN THE UNITED STATES DISTRICT COURT        JAN 0 9 1995
         FOR THE SOUTHERN DISTRICT OF TEXAS
                 BROWNSVILLE DIVISION           Michael N. Milby, Clerk
```

| | |
|---|---|
| STEVE MCGOWAN and § | |
| LINDA MCGOWAN § | |
| § | B-95-04 |
| VS. § | C.A. NO. _____ |
| § | |
| ACROMED CORPORATION, A Foreign § | |
| Corporation Jointly and § | |
| Severally With DR. ROBERT G. § | |
| JOHNSON, SOUTH TEXAS § | |
| ORTHOPEDIC & SPINAL SURGERY § | |
| ASSOCIATES, P.A., & ST. LUKE'S § | |
| LUTHERAN HOSPITAL, aka/fka ST. § | |
| LUKE'S BAPTIST HOSPITAL § | |

## MOTION TO APPEAR PRO HAC VICE

TO THE HONORABLE UNITED STATES DISTRICT COURT:

Now comes ST. LUKE'S LUTHERAN HOSPITAL, fka/aka ST. LUKE'S BAPTIST HOSPITAL, and moves for the entry of an order allowing Ms. Rosemary R. Williams of the law firm of Ball & Weed, P.C., 745 East Mulberry Street, Suite 500, San Antonio, Texas 78212, to proceed pro hac vice in the above-styled and numbered action, and in support thereof would respectfully show unto the Court as follows:

I.

Attached hereto and marked as Exhibit "A" is the affidavit of Rosemary R. Williams, which is incorporated herein by reference for all purposes. Ms. Williams is licensed to practice law in the State of Texas and is a member of good standing in that bar, and is also licensed to practice law in the United States District Court for the Western District of Texas. Ms. Williams will be

representing ST. LUKE'S LUTHERAN HOSPITAL, aka/fka ST. LUKE'S BAPTIST HOSPITAL, in the defense of the above-styled and numbered action, and it is respectfully prayed that she be allowed to proceed pro hac vice in the above-styled and numbered action.

WHEREFORE, PREMISES CONSIDERED, ST. LUKE'S LUTHERAN HOSPITAL, aka/fka ST. LUKE'S BAPTIST HOSPITAL, respectfully prays as aforesaid, as well as for any further relief to which it may be justly and equitably entitled.

Respectfully submitted,

_____
ROSEMARY R. WILLIAMS
State Bar No. 21575560
Direct Line: (210) 731-6351

BALL & WEED, P.C.
A Professional Corporation
Trinity Plaza II, Suite 500
745 East Mulberry
San Antonio, Texas  78212
(210) 731-6300
(210) 731-6499 (Facsimile)

ATTORNEY FOR DEFENDANT,
ST. LUKE'S LUTHERAN HOSPITAL, AKA/
FKA ST. LUKE'S BAPTIST HOSPITAL

ClibPDF - www.fastio.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been sent, in accordance with the Rules of Civil Procedure, to:

Mr. Peter M. Zavaletta
The Regency Office Plaza
2600 Old Alice Road, Suite C
Brownsville, Texas 78521

Ms. R. Jo Reser
JENKENS & GILCHRIST
9311 San Pedro, Suite 1200
San Antonio, Texas 78216

on this the _____ day of January, 1995.

ROSEMARY R. WILLIAMS

RRW\RIOS\104855.1                              3

**EXHIBIT "A"**

RRW\RIOS\104855.1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| STEVE MCGOWAN and <br> LINDA MCGOWAN <br><br> VS. <br><br> ACROMED CORPORATION, A Foreign <br> Corporation Jointly and <br> Severally With DR. ROBERT G. <br> JOHNSON, SOUTH TEXAS <br> ORTHOPEDIC & SPINAL SURGERY <br> ASSOCIATES, P.A., & ST. LUKE'S <br> LUTHERAN HOSPITAL, aka/fka ST. <br> LUKE'S BAPTIST HOSPITAL | § § § § § § § § § § § § § <br><br> C.A. NO. _____ |

| | |
|---|---|
| THE STATE OF TEXAS | § § |
| COUNTY OF BEXAR | § |

### AFFIDAVIT OF ROSEMARY R. WILLIAMS

BEFORE ME, the undersigned authority, on this day personally appeared ROSEMARY R. WILLIAMS, known to me to be the person whose name is subscribed below, who, upon her oath, deposes and states as follows:

"My name is Rosemary R. Williams. I am over the age of 18 years and am an adult resident of San Antonio, Bexar County, Texas. I am fully competent to testify in this cause. I have personal knowledge of the matters stated herein and they are true and correct.

"I am an associate attorney employed by the law firm of Ball & Weed, P.C. My law firm and I have been retained by St. Luke's Lutheran Hospital, aka/fka St. Luke's Baptist Hospital, to defend it in the above-styled and numbered action.

"I am licensed to practice law in the State of Texas. I was admitted to the Texas bar in 1988 and have been a member in good standing since then. I am also licensed to practice law

RRW\RIOS\104855.1

in the United States District Court for the Western District of Texas."

FURTHER, Affiant sayeth not.

_____
ROSEMARY R. WILLIAMS

GIVEN UNDER MY HAND AND SEAL OF OFFICE on this the 6th day of January, 1995.

[Seal: TINA MOSES, MY COMMISSION EXPIRES August 22, 1997]

_____
NOTARY PUBLIC, STATE OF TEXAS

RRW\RIOS\104855.1