# SWEETMAN & WISE
A LIMITED LIABILITY PARTNERSHIP
ATTORNEYS AND COUNSELORS AT LAW

CHARLES E. SWEETMAN

855 E. HARRISON
BROWNSVILLE, TEXAS 78520

TELEPHONE (210) 544-4606
TELECOPIER (210) 541-2117

HARLINGEN OFFICE:
1221 MORGAN BOULEVARD
HARLINGEN, TEXAS 78550
TELEPHONE (210) 425-0505
TELECOPIER (210) 425-9606

February 10, 1995

Mr. Butch Barbosa,
Deputy Clerk
U.S. DISTRICT CLERK
500 E. 10th Street
Brownsville, Texas 78520
**VIA HAND DELIVERY**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
FILED

FEB 13 1995

MICHAEL N. MILBY, CLERK

Re: Civil Action No. B-95-004
Steve McGowan, et al vs.
<u>Acromed Corporation, et al</u>

Dear Sir:

Pursuant to Rule 29, Federal Rules of Civil Procedure, enclosed for filing please find original and one copy of a written agreement between the parties in the above-referenced cause.

By copy of this letter, I am providing counsel of record with copies of same. Please contact my office should you have any questions. Thank you.

Very truly yours,

Charles E. Sweetman

CES:gg

Enclosures

cc: Mr. Peter Zavaletta
    Mr. Robert L. Soza
    Ms. Rosemary R. Williams

CMRRR NO. P 188 932 475

## SWEETMAN & WISE
A LIMITED LIABILITY PARTNERSHIP
ATTORNEYS AND COUNSELORS AT LAW
855 E. HARRISON
BROWNSVILLE, TEXAS 78520

CHARLES B. SWEETMAN

TELEPHONE (210) 544-4406
TELECOPIER (210) 541-2117

HARLINGEN OFFICE:
1321 MORGAN BOULEVARD
HARLINGEN, TEXAS 78550
TELEPHONE (210) 425-0505
TELECOPIER (210) 425-2404

February 10, 1995

Mr. Peter Zavaletta
PETER M. ZAVALETTA, P.C.
The Regency Office Plaza
2600 Old Alice Road, Suite C
Brownsville, Texas 78520
VIA FAX NO. 210-541-2205

Re: Cause No. 94-12-6877-A
Steve McGowan, et al vs.
<u>Acromed Corporation, et al</u>

Dear Peter:

Following up on our conversation, this is to confirm my agreement to provide your office with complete copies of all medical and billing records from Robert G. Johnson, M.D. and South Texas Orthopaedic & Spinal Surgery Associates, P.A. regarding Linda McGowan, d/o/b 1/15/48, SS# 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, and I will agree to stipulate with you that those records conform to business records requirements for evidentiary admission. I am requesting those records immediately from my client. With this agreement, you have been kind enough to agree to defer the recently noticed depositions on written questions to my client's Custodians of Patient Billing Records and Medical Records for the time being, with the option to go forward with those depositions in the future should you feel it necessary. In the event you feel required to pursue those depositions on written questions in the future, you have likewise agreed to allow my office a reasonable time period to assert any appropriate objections and propound desired cross-questions. Please contact my office immediately if I am mistaken in this regard.

Likewise, and in accordance with Tex. R. Civ. P. 11, I would appreciate your confirming our agreement by telefaxing a signed copy of this letter to my office for my records and filing with the District Clerk.

Mr. Peter Zavaletta
February 10, 1995
Page 2

Thank you again for your courtesies.

Very truly yours,

Charles E. Sweetman

CES:gg

cc: Robert L. Soza
VIA FAX NO. 210-305-3131

Rosemary R. Williams
VIA FAX NO. 210-731-6499

AGREED:

_Peter Zavaletta, Attorney for Plaintiffs_

DATE: ___2/10___, 1995.

# SWEETMAN & WISE
A LIMITED LIABILITY PARTNERSHIP
ATTORNEYS AND COUNSELORS AT LAW
855 E. HARRISON
BROWNSVILLE, TEXAS 78520

CHARLES R. SWEETMAN

TELEPHONE (210) 544-4408
TELECOPIER (210) 546-5117

HARLINGEN OFFICE:
1201 MORGAN BOULEVARD
HARLINGEN, TEXAS 78550
TELEPHONE (210) 425-0505
TELECOPIER (210) 425-5404

February 10, 1995

Mr. Peter Zavaletta
PETER M. ZAVALETTA, P.C.
The Regency Office Plaza
2600 Old Alice Road, Suite C
Brownsville, Texas 78520
**VIA FAX NO. 210-541-2205**

Re: Cause No. 94-12-6877-A
Steve McGowan, et al vs.
<u>Acromed Corporation, et al</u>

Dear Peter:

Following up on our conversation, this is to confirm my agreement to provide your office with complete copies of all medical and billing records from Robert G. Johnson, M.D. and South Texas Orthopaedic & Spinal Surgery Associates, P.A. regarding Linda McGowan, d/o/b 1/15/48, SS# 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, and I will agree to stipulate with you that those records conform to business records requirements for evidentiary admission. I am requesting those records immediately from my client. With this agreement, you have been kind enough to agree to defer the recently noticed depositions on written questions to my client's Custodians of Patient Billing Records and Medical Records for the time being, with the option to go forward with those depositions in the future should you feel it necessary. In the event you feel required to pursue those depositions on written questions in the future, you have likewise agreed to allow my office a reasonable time period to assert any appropriate objections and propound desired cross-questions. Please contact my office immediately if I am mistaken in this regard.

Likewise, and in accordance with Tex. R. Civ. P. 11, I would appreciate your confirming our agreement by telefaxing a signed copy of this letter to my office for my records and filing with the District Clerk.

Mr. Peter Zavaletta
February 10, 1995
Page 2

Thank you again for your courtesies.

Very truly yours,

Charles E. Sweetman

CES:gg

cc: Robert L. Soza
VIA FAX NO. 210-308-3131

Rosemary R. Williams
VIA FAX NO. 210-731-6499

AGREED:

Peter Zavaletta, Attorney
for Plaintiffs

DATE: 2/10, 1995.