United States District Court
Southern District of Texas
FILED

FEB 15 1995

THE HONORABLE JOHN WM. BLACK

TELEPHONIC INITIAL PRETRIAL CONFERENCE    Michael N. Milby, Clerk

CIVIL ACTION NO. B-95-004     DATE & TIME: 02-15-95 AT 2:30 P.M.

STEVE MCGOWAN AND LINDA         PLAINTIFF(S)      PETER M. ZAVALETTA
MCGOWAN                         COUNSEL

VS.

ACROMED CORPORATION, ET AL.     DEFENDANT(S)      REBECCA JO RESER
                                COUNSEL            ROBERT L. SOZA
                                                   CHARLES SWEETMAN
                                                   ROSEMARY R. WILLIAMS

---

A telephonic conference was held. Attorneys Peter Zavaletta, Robert Soza, Charles Sweetman and Rosemary Williams appeared telephonically.

This case may be a Multi District case in Pennsylvania.

The initial pretrial conference has been re-set for April 7, 1995 at 2:30 P.M.