# United States District Court

SOUTHERN DISTRICT OF TEXAS

FEB 15 1995

STEVE MCGOWAN AND LINDA MCGOWAN

**NOTICE** Michael N. Milby, Clerk

V.

ACROMED CORPORATION, A FOREIGN CORPORATION JOINTLY AND SEVERALLY WITH DR. ROBERT G. JOHNSON, SOUTH TEXAS ORTHOPEDIC & SPINAL SURGERY ASSOCIATS, P.A., & ST. LUKE'S LUTHERAN HOSPITAL, AKA/FKA ST. LUKE'S BAPTIST HOSPITAL

CASE NUMBER: B-95-004

TYPE OF CASE:

[X] CIVIL    [ ] CRIMINAL

[X] TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| UNITED STATES FEDERAL COURTHOUSE 500 E. 10TH STREET BROWNSVILLE, TEXAS | SUITE 234 |
| | DATE AND TIME: APRIL 7, 1995 AT 2:30 P.M. BEFORE MAGISTRATE JUDGE JOHN WM. BLACK |

TYPE OF PROCEEDING

INITIAL PRETRIAL CONFERENCE

[ ] TAKE NOTICE that the proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO, DATE AND TIME |
|---|---|---|
| | | |

U.S. MAGISTRATE JUDGE ~~OR CLERK OF COURT~~ JOHN WM. BLACK

FEBRUARY 15, 1995

DATE

):  MR. PETER M. ZAVALETTA
    MS. REBECCA JO RESER & MR. ROBERT L. SOZA
    MR. CHARLES SWEETMAN
    MS. ROSEMARY R. WILLIAMS