LB

4:5CV-2207

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

MAR -6 95

Rec'd FILED MAR 2 4 1995

PATRICIA D. HOWARD
CLERK OF THE PANEL

DOCKET NO. 1014

### BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

United States District Court
Southern District of Texas
FILED

MAR 29 1995

### IN RE ORTHOPEDIC BONE SCREW PRODUCTS LIABILITY LITIGATION

Michael N. Milby, C…

<u>Steve McGowan, et al. v. Acromed Corp., et al.</u>, S.D. Texas, C.A. No. 1:95-

### CONDITIONAL TRANSFER ORDER (CTO-17)

On August 4, 1994, the Panel transferred 29 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. Since that time, more than 100 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable Louis C. Bechtle.

It appears from the pleadings filed in the above captioned-action that it involves questions of fact which are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Bechtle.

Pursuant to Rule 12 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 147 F.R.D. 589, 596, the above-captioned action is hereby transferred under 28 U.S.C. §1407 to the Eastern District of Pennsylvania for the reasons stated in the order of August 4, 1994, and, with the consent of that court, assigned to the Honorable Louis C. Bechtle.

This order does not become effective until it is filed in the office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

*Patricia D. Howard* (signature)

Patricia D. Howard
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted and this order becomes effective.

MAR 22 1995

Patricia D. Howard
Clerk of the Panel

A TRUE COPY CERTIFIED TO FROM THE RECORD
DATED: 3-24-95
ATTEST: *Linda Martinez-Morales* (signature)
DEPUTY CLERK, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA