9

JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

JUN -3 1999

FILED
CLERK'S OFFICE

DOCKET NO. 1014

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE ORTHOPEDIC BONE SCREW PRODUCTS LIABILITY LITIGATION

(SEE ATTACHED SCHEDULE)

CONDITIONAL REMAND ORDER

United States District Court
Southern District of Texas
FILED

JUN 28 1999

Michael N. Milby
Clerk of Court

The transferee court in the above-captioned litigation has advised the Panel (Pretrial Order No. 1787) that coordinated or consolidated pretrial proceedings in the actions listed on the attached schedule assigned to it have been completed and that remand of the actions to the transferor court, as provided in 28 U.S.C. §1407(a), is appropriate.

IT IS THEREFORE ORDERED that the actions listed on the attached schedule be remanded to their respective transferor courts.

IT IS ALSO ORDERED that pursuant to Rule 7.6 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 181 F.R.D. 1, 11-13 (1998), the transmittal of this order to the transferee clerk for filing shall be stayed fifteen days from the date of this order and if any party files a Notice of Opposition with the Clerk of the Panel within this fifteen-day period, the stay will be continued until further order of the Panel. This order does not become effective until it is filed in the office of the Clerk for the United States District Court for the Eastern District of Pennsylvania.

IT IS FURTHER ORDERED that, pursuant to Rule 7.6(g), R.P.J.P.M.L., and coinciding with the effective date of this order, the parties shall furnish the Clerk for the Eastern District of Pennsylvania with a stipulation or designation of the contents of the record to be remanded and furnish said Clerk all necessary copies of any pleadings or other matter filed so as to enable said Clerk to comply with the order of remand.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

JUN 21 1999

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge John F. Nangle
United States District Court
Southern District of Georgia

**MEMBERS:**
Judge William B. Enright
United States District Court
Southern District of California

Judge Clarence A. Brimmer
United States District Court
District of Wyoming

Judge John F. Grady
United States District Court
Northern District of Illinois

Judge Barefoot Sanders
United States District Court
Northern District of Texas

Judge Louis C. Bechtle
United States District Court
Eastern District of Pennsylvania

Judge John F. Keenan
United States District Court
Southern District of New York

**DIRECT REPLY TO:**

Michael J. Beck
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, DC 20002-8004

Telephone: [202] 502-2800
Fax: [202] 502-2888

June 21, 1999

Michael E. Kunz, Clerk
2609 United States Courthouse
601 Market Street
Philadelphia, PA 19106-1796

CA B-95-4

United States District Court
Southern District of Texas
RECEIVED

JUN 28 1999

Michael N. Milby, Clerk of Court

Re: MDL-1014 -- In re Orthopedic Bone Screw Products Liability Litigation

(See Attached Schedule of Actions)

Dear Mr. Kunz:

I am enclosing a certified copy and additional copies of a conditional remand order filed on June 3, 1999. The order was entered pursuant to 28 U.S.C. §1407(a) which provides that "[E]ach action so transferred by the Panel shall be remanded by the Panel at or before the conclusion of such pretrial proceedings to the district from which it was transferred...." (28 U.S.C. §1407).

Please note that execution of the orders was stayed fifteen (15) days to give any party opposing remand an opportunity to file such opposition. The fifteen-day period has now elapsed, no opposition has been received, and the orders are being sent to you for filing.

Pursuant to Rule 7.6(g), R.P.J.P.M.L., 181 F.R.D. 1 (1998), parties are to furnish you with a stipulation or designation of the contents of the records to be remanded and all necessary copies of any pleading or other matter filed to enable you to comply with the remand order.

Very truly,

Michael J. Beck
Clerk of the Panel

By *LaTaunya Darden*
       Deputy Clerk

Enclosure

cc:   Transferee Judge:  Hon. Louis C. Bechtle
      Transferor Clerks:  (See Attached List of Clerks)

JPML Form 41A

ClibPDF - www.fastio.com

## INVOLVED CLERKS LIST
## CONDITIONAL REMAND ORDER (PRETRIAL ORDER NO. 1787)
## IN RE ORTHOPEDIC BONE SCREW PRODUCTS LIABILITY LITIGATION

Carlos Juenke
300 South 6th Street, 2nd Floor
Fort Pierce, FL  34950

Francis E. Dosal
708 Warren E. Burger Federal Bldg.
316 N. Robert Street
St. Paul, MN  55101

Francis E. Dosal
202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN  55401

Frank L. Monge
U.S. Courthouse
101 W. Lombard Street
Baltimore, MD  21201

James R. Manspeaker
C-145 Byron G. Rogers
U.S. Courthouse
1929 Stout Street
Denver, CO  80294

John P. Mayer
814 Theodore Levin U.S. Courthouse
231 West Lafayette Boulevard
Detroit, MI  48226

Joseph W. Skupniewitz
U.S. District Court
P.O. Box 432
Madison, WI  53701

Lance S. Wilson
Foley Federal Building
300 Las Vegas Blvd., South
Las Vegas, NV  89101

Leslie G. Whitmer
P.O. Drawer 3074
Lexington, KY  40588

Luther D. Thomas
P.O. Box 1186
Rome, GA  30162

Luther D. Thomas
2211 Richard B. Russell Fed.
Bldg. & U.S. Courthouse
75 Spring Street, S.W.
Atlanta, GA  30303

Michael N. Milby
P.O. Box 61010
Houston, TX  77208

Michael N. Milby
U.S. District Court
P.O. Box 2299
Brownsville, TX  78520

Michael W. Dobbins
Everett McKinley Dirksen
U.S. Courthouse
219 South Dearborn Street
Chicago, IL  60604

Perry Mathis
140 Hugo L. Black U.S. Courthouse
1729 5th Avenue North
Birmingham, AL  35203

Peter T. Dalleo
J. Caleb Boggs Federal Bldg.
Lockbox 18
844 King Street
Wilmington, DE  19801

Richard P. Wasko
P.O. Box 945
Burlington, VT  05402

Sherri R. Carter
G-8 U.S. Courthouse
312 North Spring Street
Los Angeles, CA  90012

Sherri R. Carter
101 U.S. Courthouse
751 West Santa Ana Boulevard
Santa Ana, CA  92701

William G. Putnicki
John H. Wood, Jr. U.S. Courthouse
655 East Durango Boulevard
San Antonio, TX  78206

William G. Putnicki
108 U.S. Courthouse
511 East San Antonio Street
El Paso, TX  79901

William T. Walsh
2020 Clarkson S. Fisher Fed.
Bldg. & U.S. Courthouse
402 East State Street
Trenton, NJ  08603

Robert H. Shemwell
113 Federal Building
705 Jefferson Street
Lafayette, LA 70501

# SCHEDULE FOR CONDITIONAL REMAND ORDER (PRETRIAL ORDER #1787)
## DOCKET NO. 1014
## IN RE ORTHOPEDIC BONE SCREW PRODUCTS LIABILITY LITIGATION

| TRANSFEREE | | | TRANSFEROR | | | |
|---|---|---|---|---|---|---|
| DIST | DIV | C.A. NO | DIST | DIV | C.A NO. | CASE CAPTION |
| PAE | 2 | 97-5232 | ALN | 2 | 97-1077 | *Brown v. Danek Medical, Inc., et al.* |
| PAE | 2 | 98-948 | CAC | 2 | 97-8219 | *Grodin v. Sofamor-Danek Group, Inc., et al.* |
| PAE | 2 | 96-2244 | CAC | 8 | 96-55 | *Haugh v. Depuy Motech, Inc., et al.* |
| PAE | 2 | 96-5301 | CAC | 8 | 96-90 | *Brown v. Advanced Spine Fixation Systems, Inc., et al.* |
| PAE | 2 | 97-901 | CO | 1 | 96-2763 | *Novotny v. AcroMed Corp., et al.* |
| PAE | 2 | 98-184 | DE | 1 | 97-601 | *Walmsley v. Advanced Spine Fixation System, Inc., et al.* |
| PAE | 2 | 98-345 | FLS | 2 | 97-14134 | *French v. Depuy-Motech, Inc.* |
| PAE | 2 | 98-4605 | GAN | 1 | 97-3788 | *Davis v. Sofamor, S.N.C., et al.* |
| PAE | 2 | 98-1096 | GAN | 1 | 98-22 | *Binion v. Danek Medical, Inc.* |
| PAE | 2 | 98-1619 | GAN | 1 | 98-24 | *Braswell v. Danek Medical, Inc.* |
| PAE | 2 | 98-1083 | GAN | 1 | 98-25 | *Buchanan v. Danek Medical, Inc.* |
| PAE | 2 | 98-1111 | GAN | 1 | 98-27 | *Crews v. Sofamor-Danek Group, Inc., et al.* |
| PAE | 2 | 98-1158 | GAN | 1 | 98-28 | *Darden v. Scientific Spinal, Ltd.* |
| PAE | 2 | 98-1097 | GAN | 1 | 98-30 | *Dodson v. Danek Medical, Inc.* |
| PAE | 2 | 98-1112 | GAN | 1 | 98-31 | *Dykes v. Danek Medical, Inc.* |
| PAE | 2 | 98-1487 | GAN | 1 | 98-32 | *Elrod v. Danek Medical, Inc.* |
| PAE | 2 | 98-1618 | GAN | 1 | 98-33 | *Fortenberry v. Danek Medical, Inc.* |
| PAE | 2 | 98-1084 | GAN | 1 | 98-34 | *Fowler v. Smith & Nephew Richards, Inc.* |
| PAE | 2 | 98-1085 | GAN | 1 | 98-35 | *Francis v. Sofamor-Danek Group, Inc., et al.* |
| PAE | 2 | 98-1159 | GAN | 1 | 98-36 | *Gibson v. Danek Medical, Inc.* |
| PAE | 2 | 98-1233 | GAN | 1 | 98-37 | *Goodman v. Danek Medical, Inc.* |
| PAE | 2 | 98-1368 | GAN | 1 | 98-38 | *Grantham v. Danek Medical, Inc.* |
| PAE | 2 | 98-1488 | GAN | 1 | 98-41 | *Harper v. Smith & Nephew Richards, Inc.* |
| PAE | 2 | 98-1617 | GAN | 1 | 98-42 | *Hill v. Danek Medical, Inc.* |
| PAE | 2 | 98-1090 | GAN | 1 | 98-44 | *Jones v. Danek Medical, Inc.* |
| PAE | 2 | 98-1109 | GAN | 1 | 98-45 | *King v. Danek Medical, Inc.* |
| PAE | 2 | 98-1157 | GAN | 1 | 98-46 | *Lamke v. Danek Medical, Inc.* |
| PAE | 2 | 98-1232 | GAN | 1 | 98-47 | *Langlois v. Smith & Nephew Richards, Inc.* |
| PAE | 2 | 98-1367 | GAN | 1 | 98-48 | *Wynn v. Danek Medical, Inc.* |
| PAE | 2 | 98-1371 | GAN | 1 | 98-49 | *Lanier v. Smith & Nephew Richards, Inc.* |
| PAE | 2 | 98-1110 | GAN | 1 | 98-55 | *Newcom v. Danek Medical, Inc.* |
| PAE | 2 | 98-1155 | GAN | 1 | 98-56 | *Newmann v. Danek Medical, Inc.* |
| PAE | 2 | 98-1366 | GAN | 1 | 98-58 | *Petrovich v. Danek Medical, Inc.* |
| PAE | 2 | 98-1100 | GAN | 1 | 98-59 | *Smith v. Danek Medical, Inc.* |
| PAE | 2 | 98-1115 | GAN | 1 | 98-60 | *Summerville v. Danek Medical, Inc.* |
| PAE | 2 | 98-1093 | GAN | 1 | 98-62 | *Waller v. Smith & Nephew Richards, Inc.* |
| PAE | 2 | 98-1089 | GAN | 1 | 98-63 | *Weeks v. Danek Medical, Inc.* |
| PAE | 2 | 98-1092 | GAN | 1 | 98-64 | *Wilson v. Danek Medical, Inc.* |
| PAE | 2 | 98-1154 | GAN | 1 | 98-65 | *Wood v. Smith & Nephew Richards, Inc.* |
| PAE | 2 | 96-2926 | GAN | 4 | 96-48 | *Hodges v. Zimmer, Inc., et al.* |
| PAE | 2 | 98-1370 | ILN | 1 | 97-8504 | *Thomas v. Smith & Nephew Richards, Inc., et al.* |
| PAE | 2 | 98-2422 | KYE | 5 | 98-38 | *Bond v. Danek Medical, Inc., et al.* |
| PAE | 2 | 98-3036 | LAW | 6 | 97-1447 | *Bordelon v. Sofamor, Inc., et al.* |
| PAE | 2 | 98-1288 | MD | 1 | 97-2800 | *Williams v. Sofamor-Danek Medical, Inc.* |
| PAE | 2 | 97-1074 | MIE | 2 | 96-75466 | *Letson v. AcroMed Corp., et al.* |
| PAE | 2 | 97-774 | MN | 3 | 96-1103 | *Edwards v. AcroMed Corp., et al.* |

| TRANSFEREE | | | TRANSFEROR | | | |
|---|---|---|---|---|---|---|
| DIST | DIV | C.A. NO | DIST | DIV | C.A NO. | CASE CAPTION |
| PAE | 2 | 97-640 | MN | 4 | 96-1159 | *Buresh v. AcroMed Corp., et al.* |
| PAE | 2 | 96-8399 | NJ | 3 | 96-5182 | *Balcerzak v. Ulrich KG, et al.* |
| PAE | 2 | 96-8400 | NJ | 3 | 96-5192 | *Rushing v. Ulrich KG, et al.* |
| PAE | 2 | 97-982 | NJ | 3 | 96-5607 | *Litzau v. Ulrich KG, et al.* |
| PAE | 2 | 96-4026 | NV | 2 | 95-1201 | *Prewett v. Danek Medical, Inc., et al.* |
| PAE | 2 | 96-4004 | NV | 2 | 95-1205 | *Cox v. Synthes (U.S.A.), et al.* |
| PAE | 2 | 96-8084 | NV | 2 | 96-971 | *Drake v. AcroMed Corp., et al.* |
| ~~PAE~~ | ~~ ~~ | ~~ ~~ | ~~TXS~~ | ~~1~~ | ~~ ~~ | *McGowan v. AcroMed Corp., et al.* |
| PAE | 2 | 96-5289 | TXS | 4 | 96-1798 | *Ravdales v. Danek Medical, Inc.* |
| PAE | 2 | 97-1873 | TXS | 4 | 96-3507 | *Hallmark v. AcroMed Corp., et al.* |
| PAE | 2 | 97-1928 | TXS | 4 | 96-3568 | *Shepherd v. Danek Medical, Inc., et al.* |
| PAE | 2 | 97-1901 | TXS | 4 | 96-3595 | *Arnold v. AcroMed Corp., et al.* |
| PAE | 2 | 97-6969 | TXS | 4 | 97-2916 | *Luna v. Sofamor, S.N.C., et al.* |
| PAE | 2 | 98-2671 | TXW | 3 | 97-315 | *Salcido, et al. v. Sofamor, S.N.C., et al.* |
| PAE | 2 | 98-608 | TXW | 5 | 97-1451 | *French v. Smith & Nephew, Inc.* |
| PAE | 2 | 98-1349 | TXW | 5 | 98-15 | *Adams v. Smith & Nephew Richards, Inc.* |
| PAE | 2 | 98-1350 | TXW | 5 | 98-16 | *Delarosa v. Smith & Nephew Richards, Inc.* |
| PAE | 2 | 98-2798 | TXW | 5 | 98-180 | *Craven, et al. v. Sofamor Danek Group, Inc.* |
| PAE | 2 | 98-3037 | TXW | 5 | 98-341 | *Winters v. Smith & Nephew Richards, Inc.* |
| PAE | 2 | 98-3038 | TXW | 5 | 98-342 | *Cox v. Smith & Nephew Richards, Inc.* |
| PAE | 2 | 98-3547 | TXW | 5 | 98-343 | *Alaniz v. Smith & Nephew Richards, Inc.* |
| PAE | 2 | 98-2052 | VT | 2 | 98-22 | *Nugent v. Sofamor, S.N.C., et al.* |
| PAE | 2 | 98-542 | WIW | 3 | 97-800 | *Anderson v. Advanced Spine Fixation Systems, et al.* |