*11*

United States District Court
Southern District of Texas
FILED

**OCT 13 1999**

Michael N. Milby
Clerk of Court

THE HONORABLE JOHN WM. BLACK

INITIAL PRETRIAL CONFERENCE

CIVIL ACTION NO. B-95-004    DATE & TIME:    10-13-99 AT 1:30 P.M.

STEVE MCGOWAN AND LINDA    PLAINTIFF(S)    PETER M. ZAVALETTA
MCGOWAN                     COUNSEL

VS.

ACROMED CORPORATION, ET AL.    DEFENDANT(S)    REBECCA JO RESER
                               COUNSEL         ROBERT L. SOZA
                                               CHARLES SWEETMAN

---

Attorneys Peter Zavaletta and Charles Sweetman appeared for a initial pretrial conference.

The following rulings were made:

1. Acromed has settled.

2. Plaintiff will file a motion to sever Acromed.

3. Case may be remanded to state court-no diversity.