IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUL 2 8 2000

Michael N. Milby
Clerk of Court

| | |
|---|---|
| STEVE McGOWAN & Wife LINDA McGOWAN<br>*Plaintiffs*<br><br>vs.<br><br>ACROMED CORPORATION, A Foreign Corporation, Jointly and Severally With DR. ROBERT G. JOHNSON, SOUTH TEXAS ORTHOPEDIC & SPINAL SURGERY ASSOCIATES, P.A. & ST. LUKE's LUTERAN HOSPITAL, aka/fka ST. LUKE's BAPTIST HOSPITAL<br>*Defendants* | § § § § § § § § § § § § § § § § CIVIL ACTION NO. B-95-004 |

**PLAINTIFFS' MOTION TO SEVER**
*With Certificate of Conference With Opposing Counsel*

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW STEVE McGOWAN and Wife LINDA McGOWAN, Plaintiffs in the above-styled, and file this their MOTION TO SEVER, and by way of motion would show the Court as follows:

I.

As this Court is aware, on August 4, 1994, the Judicial Panel on Multidistrict Litigation designated the Eastern District of Pennsylvania as the transferree court for *In re: Orthopedic Bone Screw Products Liability Litigation*, MDL No. 1014, an assemblage of numerous individual pedicle screw cases from across the country that were consolidated for pretrial proceedings. The litigation was

Zavaletta & Cowen
603 E. St. Charles St. • Brownsville, Texas 78520
Telephone (956) 546-5567 • Facsimile (956) 541-2205

assigned to Chief Judge Louis Bechtle, who exercised original jurisdiction over the cases pursuant to 28 U.S.C. §1332.

II.

Since August of 1994, the Panel has transferred approximately 2,300 civil actions involving over 5,000 plaintiffs to the Eastern District of PA, including the subject medical negligence and products liability action originally filed by Steve and Linda McGowan on December 6, 1994 in the 107th Judicial District Court of Cameron County, Texas, then removed to federal court and transferred to the MDL, where it was docketed on April 18, 1995.

III.

On December 5, 1996, AcroMed agreed to settle all claims against it. Ultimately, in Pretrial Order No. 1117 dated October 17, 1997, Judge Bechtle approved a limited fund, classwide settlement for approximately $100 million. All appeals to the settlement have now been either withdrawn or rejected, although no monies have been disbursed as of yet.

IV.

In light of its agreement to settle, AcroMed Corporation should be severed from the instant suit. Plaintiffs move that the Court sever AcroMed from the instant suit, and that the clerk of the court be ordered to assign a new number to the severed cause.

*V. Certificate of Conference with Opposing Counsel*

Counsel has conferred with opposing counsel for Defendant JOHNSON et al. and Defendant ST. LUKES' LUTHERAN HOSPITAL, who have each stated they will not oppose the granting of PLAINTIFFS' MOTION TO SEVER. Counsel

has been unable to confer with counsel for Acromed Corporation, but reasonably believes the motion will not be opposed.

WHEREFORE PREMISES CONSIDERED, Plaintiffs move that the Court order that ACROMED CORPORATION be severed from the instant suit, and that the Court order that the clerk of the court assign a new number to the severed cause.

                              Respectfully Submitted,

                              **ZAVALETTA & COWEN**
                              603 E. St. Charles Street
                              Brownsville, Texas 78520
                              Telephone  (956) 546-5567
                              Facsimile  (956) 541-2205
                              ATTORNEY FOR PLAINTIFFS

                              By: _____
                                 PETER M. ZAVALETTA
                                 State Bar No. 22251600

# CERTIFICATE OF SERVICE

This is to certify that on this the 28th day of July 2000, I mailed a true and correct copy of the above and foregoing in a wrapper properly addressed as follows:

Mr. Charles E. "Chuck" Sweetman
SWEETMAN, SKAGGS, LAWLER & FRANZ, L.L.P.
855 E. Harrison Street
Brownsville, Texas 78520

Mr. Brett Rowe
EVANS, ROWE & ROCHELEAU
Union Square
10101 Reunion Place, Suite 740
San Antonio, Texas 78216

W. Mark Cotham & Kirk W. Evans
COTHAM, HARWELL & EVANS, P.C.
West Memorial Park
8550 Katy Freeway, Suite 128
Houston, Texas 77024

Richard I. Werder, Jr. & Mark Herrmann
JONES, DAY, REAVIS & POGUE
North Point 901 Lakeside Avenue
Cleveland, ~~Ohio~~ 44114

_____
Peter M. Zavaletta