13

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUL 2 8 2000

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| STEVE McGOWAN & Wife LINDA McGOWAN | § § § § | |
| *Plaintiff* | § | |
| vs. | § | CIVIL ACTION NO. B-95-004 |
| ACROMED CORPORATION, A Foreign Corporation, Jointly and Severally With DR. ROBERT G. JOHNSON, SOUTH TEXAS ORTHOPEDIC & SPINAL SURGERY ASSOCIATES, P.A. & ST. LUKE's LUTHERAN HOSPITAL, aka/fka ST. LUKE's BAPTIST HOSPITAL | § § § § § § § § § | |
| *Defendants* | | |

## NOTICE OF MOTION TO REMAND

To: *All Defendants*
*By and through their Attorneys of Record*

PLEASE TAKE NOTICE that on July 28, 2000, or as soon thereafter as counsel may be heard, Plaintiffs will move the Court for an order remanding the above-entitled cause from the United States District Court for the Southern District of Texas to the 107th Judicial District Court of Cameron County, Texas, from which it was removed on or about January 9, 1995 pursuant to Defendant ACROMED's Notice of Removal.

PLEASE TAKE FURTHER NOTICE that Plaintiffs will advance the following grounds in support of the Motion:

1.  Plaintiffs will file a MOTION TO SEVER concurrent with a Motion to Remand. If Plaintiffs' MOTION TO SEVER claims against ACROMED is granted, this Court will no longer have subject matter jurisdiction over the case.

Respectfully Submitted,

**ZAVALETTA & COWEN**
603 E. St. Charles Street
Brownsville, Texas 78520
Telephone (956) 546-5567
Facsimile (956) 541-2205
ATTORNEY FOR PLAINTIFFS

By: _____
PETER M. ZAVALETTA
State Bar No. 22251600

CERTIFICATE OF SERVICE

This is to certify that on this the 28th day of July 2000, I mailed a true and correct copy of the above and foregoing in a wrapper properly addressed as follows:

Mr. Charles E. "Chuck" Sweetman
SWEETMAN, SKAGGS, LAWLER & FRANZ, L.L.P.
855 E. Harrison Street
Brownsville, Texas 78520

Mr. Brett Rowe
EVANS, ROWE & ROCHELEAU
Union Square
10101 Reunion Place, Suite 740
San Antonio, Texas 78216

W. Mark Cotham & Kirk W. Evans
COTHAM, HARWELL & EVANS, P.C.
West Memorial Park
8550 Katy Freeway, Suite 128
Houston, Texas 77024

Richard I. Werder, Jr. & Mark Herrmann
JONES, DAY, REAVIS & POGUE
North Point 901 Lakeside Avenue
Cleveland, Ohio 44114

_____
Peter M. Zavaletta