*14*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

**United States District Court
Southern District of Texas
FILED**

**JUL 2 8 2000**

**Michael N. Milby
Clerk of Court**

| | |
|---|---|
| STEVE McGOWAN & Wife LINDA McGOWAN §§§§<br>*Plaintiff*<br><br>vs. §<br><br>ACROMED CORPORATION, A Foreign Corporation, Jointly and Severally With DR. ROBERT G. JOHNSON, SOUTH TEXAS ORTHOPEDIC & SPINAL SURGERY ASSOCIATES, P.A. & ST. LUKE's LUTHERAN HOSPITAL, aka/fka ST. LUKE's BAPTIST HOSPITAL §§§§§§§§§§§<br>*Defendants* | CIVIL ACTION NO. B-95-004 |

### PLAINTIFFS' MOTION TO REMAND
*With Certificate of Conference With Opposing Counsel*

TO THE HONORABLE JUDGE OF SAID COURT:

STEVE McGOWAN and Wife LINDA McGOWAN, Plaintiffs in the above case, removed to this Court by the Defendants, move to remand the case to the 107th Judicial District Court of Cameron County, Texas, the court in which this case was pending at the time of removal, upon the following grounds:

### PRELIMINARY STATEMENT

Subject to Plaintiffs' MOTION TO SEVER, this Court should remand Plaintiffs' case to the state court in which it was filed. Defendant Acromed Corporation ("ACROMED") removed this case based on federal question jurisdiction. If ACROMED is severed from the cause of action, as Plaintiffs

believe they should, this Court will no longer have subject matter jurisdiction over the case.

## BACKGROUND

This medical negligence and products liability lawsuit was originally filed in the 107th Judicial District Court of Cameron County, Texas. In their Original Petition, Plaintiffs alleged the defendants knew or should have known that Steffe Screws (a type of bone screw) should not have been used on Plaintiff Linda McGowan.

In its Original Anwer, Defendant ACROMED claimed that Plaintiffs' claims against it were preempted by the Federal Food, Drug and Cosmetic Act, the Medical Device Amendments thereto, and the supremacy clause of Article VI of the United States Consitution. Later, ACROMED filed a Notice of Removal.

As the Court is aware, all Steffe Screws litigation against ACROMED was transferred to the Eastern District of Pennsylvania, and that court approved a classwide settlement for approximately $100 million. Payment is still pending.

## SUBJECT TO PLAINTIFFS' MOTION TO SEVER, THIS COURT LACKS SUBJECT MATTER JURISDICTION

Upon determining that subject matter jurisdiction is lacking, the Court's only recourse is remand. *American Nat. Ins. Co. v. Travelers Cas. and Sur. Co.*, 8 F. Supp.2d 938, 939 (S.D. Tex. 1998). Concurrent with this Motion, Plaintiffs have filed a MOTION TO SEVER. If this Court grants Plaintiffs' MOTION TO SEVER, Plaintiffs' case should be remanded because Plaintiffs' claims against the remaining Defendants are not preempted by federal law. Moreover, Plaintiffs are not diverse from any of the remaining Defendants.

## CERTIFICATE OF CONFERENCE WITH OPPOSING COUNSEL

Counsel has conferred with opposing counsel for Defendant JOHNSON et al. and Defendant ST. LUKES' LUTHERAN HOSPITAL, who have each stated they will not oppose the granting of PLAINTIFFS' MOTION TO SEVER. Counsel has been unable to confer with counsel for Acromed Corporation, but reasonably believes the motion will not be opposed.

WHEREFORE, Plaintiffs pray that this case be remanded to the 107th Judicial District Court of Cameron County, Texas in accordance with the requirements of Title 28, Section 1447(c).

Respectfully Submitted,

**ZAVALETTA & COWEN**
603 E. St. Charles Street
Brownsville, Texas 78520
Telephone  (956) 546-5567
Facsimile  (956) 541-2205
ATTORNEY FOR PLAINTIFFS

By: _____
    PETER M. ZAVALETTA
    State Bar No. 22251600

# CERTIFICATE OF SERVICE

This is to certify that on this the 28th day of July 2000, I mailed a true and correct copy of the above and foregoing in a wrapper properly addressed as follows:

Mr. Charles E. "Chuck" Sweetman
SWEETMAN, SKAGGS, LAWLER & FRANZ, L.L.P.
855 E. Harrison Street
Brownsville, Texas 78520

Mr. Brett Rowe
EVANS, ROWE & ROCHELEAU
Union Square
10101 Reunion Place, Suite 740
San Antonio, Texas 78216

W. Mark Cotham & Kirk W. Evans
COTHAM, HARWELL & EVANS, P.C.
West Memorial Park
8550 Katy Freeway, Suite 128
Houston, Texas 77024

Richard I. Werder, Jr. & Mark Herrmann
JONES, DAY, REAVIS & POGUE
North Point 901 Lakeside Avenue
Cleveland, Ohio 44114

_____
Peter M. Zavaletta