16

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
AUG 0 1 2000
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| STEVE McGOWAN & Wife LINDA McGOWAN §§§§ *Plaintiffs* | |
| vs. §§ | CIVIL ACTION NO. B-95-004 |
| ACROMED CORPORATION, A Foreign Corporation, Jointly and Severally With DR. ROBERT G. JOHNSON, SOUTH TEXAS ORTHOPEDIC & SPINAL SURGERY ASSOCIATES, P.A. & ST. LUKE's LUTHERAN HOSPITAL, aka/fka ST. LUKE's BAPTIST HOSPITAL §§§§§§§§§§§ *Defendants* | |

### ORDER GRANTING PLAINTIFFS' MOTION TO SEVER

ON THIS the **1ST** day of **AUGUST** 2000, came on to be considered Plaintiffs' MOTION TO SEVER. The Court, having considered the motion on file is of the opinion that the motion is well taken and should be GRANTED; and

IT IS THEREFORE ORDERED that Plaintiff's MOTION TO SEVER is GRANTED, so that Acromed Corporation is severed from the instant suit and that the clerk of the court assign a new number to the severed cause.

SIGNED AND ENTERED on this the **1ST** day of **AUGUST** 2000 at Brownsville, Texas.

_____
JUDGE PRESIDING