*17*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 3 0 2000

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| STEVEN McGOWAN & Wife LINDA McGOWAN | § § § § | |
| Plaintiffs | § | |
| VS. | § § | CIVIL ACTION NO. B-95-004 |
| ACROMED CORPORATION, A Foreign Corporation, Jointly and Severally With DR. ROBERT G. JOHNSON, SOUTH TEXAS ORTHOPEDIC & SPINAL SURGERY ASSOCIATES, P.A. & ST. LUKE's LUTERAN HOSPITAL, aka/fka ST. LUKE's BAPTIST HOSPITAL | § § § § § § § § § § | |

**DEFENDANTS DR. ROBERT G. JOHNSON AND SOUTH TEXAS ORTHOPEDIC & SPINAL SURGERY ASSOCIATES, P.A.'S RESPONSE TO PLAINTIFFS' MOTION TO SEVER AND PLAINTIFFS' MOTION TO REMAND**

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW Defendants DR. ROBERT G. JOHNSON and SOUTH TEXAS ORTHOPEDIC SPINAL SURGERY ASSOCIATES, P.A. and file this their response to Plaintiffs' Motion To Sever and Plaintiffs' Motion To Remand.

1. Defendants ask the Court to deny Plaintiffs' motions and to retain the case from the Court's docket with Acromed as a Defendant.

2. Plaintiffs' motions are founded upon Acromed Corporation's classwide settlement agreement with all Plaintiffs in MDL No. 1014. However, Plaintiffs' motions are premature because the settlement is not yet final. As admitted by Plaintiffs, no monies have been disbursed from the settlement. The settlement could still fall through. In addition, because the parties do not yet know what, if any, portion of the settlement will be apportioned to Plaintiffs, Defendants could be forced to go to trial without the benefit of a settlement credit

pursuant to Texas Civil Practice and Remedies Code §§ 33.012, 33.014 to which they are legally entitled. The Court should retain the case on its docket and maintain Acromed Corporation as a Defendant until the settlement is finalized and the parties know how much money Plaintiffs have received from Acromed Corporation.

3. Plaintiffs' attorney statement in their motion to sever that, "counsel for Defendant Johnson et. al. will not oppose the granting of Plaintiffs' motion to sever," is incorrect. The undersigned counsel for Dr. Johnson conferred with Plaintiffs' attorney and indicated they would not oppose a motion to sever once the settlement was finalized and the settlement monies were disbursed.

WHEREFORE, PREMISES CONSIDERED, Defendant DR. JOHNSON and SOUTH TEXAS ORTHOPEDIC & SPINAL SURGERY ASSOCIATES, P.A. pray that the Court set these matters for hearing and upon hearing deny Plaintiffs' Motion To Sever and Motion To Remand and retain the case on the Court's docket and Defendants pray for such other and further relief to which they may show themselves justly entitled.

Respectfully submitted,

SWEETMAN, SKAGGS, LAWLER & FRANZ
855 E. Harrison
Brownsville, Texas 78520
Tel: (956) 544-4606
Fax: (956) 541-2117

By: _____
**CHARLES SWEETMAN**
Federal I.D. No. 4710
State Bar No. 19574500
**CHRIS FRANZ**
Federal I.D. No. 20870
State Bar No. 00792514

ATTORNEYS FOR DEFENDANTS,
DR. ROBERT G. JOHNSON and SOUTH TEXAS ORTHOPEDIC SPINAL SURGERY ASSOCIATES, P.A.

## CERTIFICATE OF SERVICE

This is to certify that the above and foregoing DEFENDANTS DR. ROBERT G. JOHNSON AND SOUTH TEXAS ORTHOPEDIC & SPINAL SURGERY ASSOCIATES, P.A.'S RESPONSE TO PLAINTIFFS' MOTION TO SEVER AND PLAINTIFFS' MOTION TO REMAND, has been served on counsel of record by delivery of a true and correct copy to them by depositing same, postpaid, in an official depository under the care and custody of the United States Postal Service on the 29th day of AUGUST, 2000, enclosed in wrappers properly addressed as follows:

**VIA CMRRR NO. Z 300 166 278**
Mr. Peter M. Zavaletta
ZAVALETTA & COWEN
603 East St. Charles Street
Brownsville, TX 78520

Mr. Brett Rowe
EVANS, ROWE & ROCHEAU
Union Square
10101 Reunion Place, Suite 740
San Antonio, Texas 78216

W. Mark Cotham & Kirk W. Evans
COTHAM, HARWELL & EVANS, P.C.
West Memorial Park
8550 Katy Freeway, Suite 128
Houston, Texas 77024

Richard I. Werder, Jr. & Mark Herrmann
JONES, DAY, REAVIS & POGUE
North Point 901 Lakeside Avenue
Cleveland, Ohio 44114

_____
CHRIS FRANZ