18

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
ENTERED

MAR 3 0 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

## ORDER

| | | |
|---|---|---|
| STEVEN McGOWAN & | § | |
| LINDA McGOWAN | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-95-004 |
| | § | |
| ACROMED CORPORATION, ET AL. | § | |

TYPE OF CASE: __X__ CIVIL        ____ CRIMINAL

**TAKE NOTICE that a proceeding in this case has been set for the place date, and time set forth below:**

TYPE OF PROCEEDING:

**STATUS CONFERENCE**

LOCAL RULE 2C SETS FORTH CERTAIN INFORMATION REQUIRED OF THOSE SIGNING PLEADINGS. PLEASE COMPLY WITH THIS RULE.

PLACE:

**UNITED STATES FEDERAL COURTHOUSE
600 E. HARRISON STREET
BROWNSVILLE, TEXAS**

ROOM NO.:

**SECOND FLOOR COURTROOM, #2**

DATE AND TIME:

**APRIL 10, 2001 AT 1:30 P.M.**

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:   MARCH 29, 2001

TO:    MR. PETER ZAVALETTA
       MR. ROBERT L. SOZA, JR.
       MS. REBECCA JO RESER
       MR. CHARLES SWEETMAN