THE HONORABLE JOHN WM. BLACK

STATUS CONFERENCE

United States District Court
Southern District of Texas
FILED

APR 1 0 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| CIVIL ACTION NO. B-95-004 | DATE & TIME: | 04-10-01 AT 1:30 P.M. |
| STEVE MCGOWAN AND LINDA MCGOWAN | PLAINTIFF(S) COUNSEL | PETER M. ZAVALETTA |
| VS. | | |
| ACROMED CORPORATION, ET AL. | DEFENDANT(S) COUNSEL | REBECCA JO RESER<br>ROBERT L. SOZA<br>CHARLES SWEETMAN |

---

ERO-Gabriel Mendieta
CSO-Ruben Salinas

    Attorneys Peter Zavaletta and Cary Toland appeared.

    Mr. Zavaletta will file an Order of Dismissal for Judge Vela to sign.