20

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
APR 16 2001
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| STEVE McGOWAN & Wife LINDA McGOWAN<br>*Plaintiffs* | § § § § § | |
| vs. | § | CIVIL ACTION NO. B-95-004 |
| ACROMED CORPORATION, A Foreign Corporation<br>*Defendant* | § § § | |

## ORDER OF DISMISSAL

ON THE 13th day of April 2001 the above-styled came on for Status Conference, and it appearing to the Court that all matters in controversy betweeen Plaintiffs and Defendant ACROMED CORPORATION have been settled and compromised, the Court orders that this case be dismissed and that costs of court be taxed against the party incurring same.

SIGNED AND ENTERED on this the 13th day of April 2001 at Brownsville, Texas.

_____
JUDGE PRESIDING

cc:   Mr. Peter M. Zavaletta, THE ZAVALETTA LAW FIRM, 603 E. St. Charles Street, Brownsville, Texas 78520

Mr. Charles E. "Chuck" Sweetman, SWEETMAN, SKAGGS, LAWLER & FRANZ, L.L.P., 855 E. Harrison Street, Brownsville, Texas 78520

Mr. Brett Rowe, EVANS, ROWE & ROCHELEAU, Union Square, 10101 Reunion Place, Suite 740, San Antonio, Texas 78216

Mr. W. Mark Cotham & Mr. Kirk W. Evans, COTHAM, HARWELL & EVANS, P.C. West Memorial Park, 8550 Katy Freeway Suite 128, Houston, Texas 77024

Mr. Richard I. Werder, Jr. and Mr. Mark Herrmann, JONES, DAY, REAVIS & POGUE, North Point 901 Lakeside Avenue, Cleveland, Ohio 44114